| | |
|---|---|
| 1 | Vy T. Pham, Esq.<br>California Bar No. 249911 |
| 2 | MILES, BAUER, BERGSTROM & WINTERS, LLP<br>1665 Scenic Ave., Suite 200 |
| 3 | Costa Mesa, CA 92626<br>(714) 481-9100 / FAX (714) 481-9144 |
| 4 | File No. 09-00396 |
| 5 | Attorneys for Movant,<br>COUNTRYWIDE HOME LOANS SERVICING, L.P. |

### UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>EUTROPIO CANEZARES CORETANA<br>AND MARY ELAINE CONTRERAS<br>CORETANA,<br><br>                      Debtors. | Case No.: 08-43574 LT<br>Chapter 13<br>R.S. No. VTP-032<br><br>**Hearing –**<br>Date: May 1, 2009<br>Time: 11:00 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>        1300 Clay Street<br>        Oakland, CA 94612<br>        Courtroom 201 |

### <u>EXHIBIT 1 IN SUPPORT OF MOVANT'S ORDER ON STIPULATION FOR ADEQUATE PROTECTION</u>

| Exhibit # | Document | Page # |
|---|---|---|
| 1 | Legal Description | 2 |

Dated: 5/1/09                        MILES, BAUER, BERGSTROM & WINTERS, LLP

                                            By:    /s/ Vy T. Pham<br>                                                  Vy T. Pham, Esq.<br>                                                  Attorney for Movant

Title No. 05-59002790-B-RD
Locate No. CACTI7701-7741-2373-0059002790

## LEGAL DESCRIPTION

### EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF HAYWARD, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL ONE:

LOT 19, TRACT 3208, GLEN EDEN, FILED AUGUST 5, 1970, MAP BOOK 65, PAGES 61 TO 63, INCLUSIVE, ALAMEDA COUNTY RECORDS.

PARCEL TWO:

EASEMENTS FOR PARKING AND DRIVEWAY PURPOSES OVER THE COMMON AREA SHOWN AS LOT 139, AS SAID LOT IS SHOWN ON THE MAP OF "TRACT 3208, GLEN EDEN", FILED AUGUST 5, 1970, MAP BOOK 65, PAGES 61 TO 63, INCLUSIVE, ALAMEDA COUNTY RECORDS, AND EASEMENTS FOR COMMON AND PARTY WALLS, AND OTHER PURPOSES, OVER ANY ADJACENT LOT, AS PROVIDED FOR IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED SEPTEMBER 11, 1970, SERIES NO. 70-98528, ALAMEDA COUNTY RECORDS.

APN: 456-0036-077

Case: 08-43574    Doc# 36    Filed: 05/04/09    Entered: 05/04/09 12:00:25    Page 2 of 2