Vy T. Pham, Esq.
California Bar No. 249911
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Ave., Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 09-00396

Attorneys for Movant,
COUNTRYWIDE HOME LOANS SERVICING, L.P.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | Case No.: 08-43574 LT |
|---|---|
| EUTROPIO CANEZARES CORETANA AND MARY ELAINE CONTRERAS CORETANA, | Chapter 13 R.S. No. VTP-032 |
| | **Hearing –** |
| | Date: May 1, 2009 |
| | Time: 11:00 A.M. |
| Debtors. | Place: U.S. BANKRUPTCY COURT |
| | 1300 Clay Street |
| | Oakland, CA 94612 |
| | Courtroom 201 |

<u>**EXHIBIT 1 IN SUPPORT OF MOVANT'S ORDER ON STIPULATION FOR ADEQUATE PROTECTION**</u>

| Exhibit # | Document | Page # |
|---|---|---|
| 1 | Legal Description | 2 |

Dated: 5/8/09                             MILES, BAUER, BERGSTROM & WINTERS, LLP

                                          By:     /s/ Vy T. Pham
                                                  Vy T. Pham, Esq.
                                                  Attorney for Movant

1

Title No. 05-59002790-B-RD
Locate No. CACTI7701-7741-2373-0059002790

## LEGAL DESCRIPTION

### EXHIBIT "A"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF HAYWARD, COUNTY OF ALAMEDA, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL ONE:

LOT 19, TRACT 3208, GLEN EDEN, FILED AUGUST 5, 1970, MAP BOOK 65, PAGES 61 TO 63, INCLUSIVE, ALAMEDA COUNTY RECORDS.

PARCEL TWO:

EASEMENTS FOR PARKING AND DRIVEWAY PURPOSES OVER THE COMMON AREA SHOWN AS LOT 139, AS SAID LOT IS SHOWN ON THE MAP OF "TRACT 3208, GLEN EDEN", FILED AUGUST 5, 1970, MAP BOOK 65, PAGES 61 TO 63, INCLUSIVE, ALAMEDA COUNTY RECORDS, AND EASEMENTS FOR COMMON AND PARTY WALLS, AND OTHER PURPOSES, OVER ANY ADJACENT LOT, AS PROVIDED FOR IN THE DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS RECORDED SEPTEMBER 11, 1970, SERIES NO. 70-98528, ALAMEDA COUNTY RECORDS.

APN: 456-0036-077