**Signed: May 12, 2009**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

1  Vy T. Pham, Esq.
   California Bar No. 249911
2  MILES, BAUER, BERGSTROM &
       WINTERS, LLP
3  1665 Scenic Ave., Suite 200
   Costa Mesa, CA 92626
4  (714) 481-9100
   FAX (714) 481-9144
5  File No. 09-00396

6  Attorneys for Movant,
   COUNTRYWIDE HOME LOANS
7  SERVICING, L.P.

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>EUTROPIO CANEZARES CORETANA<br>AND MARY ELAINE CONTRERAS<br>CORETANA,<br><br>    Debtors. | Case No.: 08-43574 LT<br>Chapter 13<br>R.S. No. VTP-032<br><br>**Hearing –**<br>Date:  May 1, 2009<br>Time:  11:00 A.M.<br>Place: U.S. BANKRUPTCY COURT<br>       1300 Clay Street<br>       Oakland, CA 94612<br>       Courtroom 201 |

## ORDER ON STIPULATION FOR ADEQUATE PROTECTION

IT IS HEREBY STIPULATED BY AND BETWEEN Movant, COUNTRYWIDE HOME LOANS SERVICING, L.P. (COUNTRYWIDE), through its counsel, VY T. PHAM, Esq., of the law firm of Miles, Bauer, Bergstrom & Winters, LLP, attorneys of record for Movant, and Debtor, EUTROPIO CANEZARES CORETANA and MARY ELAINE CONTRERAS CORETANA, through its counsel, BEN E. DUPRE, as follows:

///

1

1   IT IS ORDERED, ADJUDGED AND DECREED that Debtors shall maintain regular

2   monthly post-petition payments on Movant's first Trust Deed obligation, encumbering the

3   subject Property, generally described as: **2427 Oliver Dr., Hayward, CA 94545** ("Property"

4   herein) and legally described as follows:

5       SEE LEGAL DESCRIPTION ATTACHED HERETO AS **EXHIBIT "1"** AND
        MADE A PART HEREOF.

6

7   in a timely fashion, commencing with the May 1, 2009 payment, and continuing thereafter on the

8   first (1st) day of each month. Payments are due on the first (1st) day of each month and are

9   delinquent after the fifteenth (15th) day of each month. Said payments shall be made directly to

10  COUNTRYWIDE HOME LOANS SERVICING, L.P. (COUNTRYWIDE), c/o

11  COUNTRYWIDE HOME LOANS SERVICING, LP, PO Box 10219, Van Nuys, CA 91410-

12  0219.

13      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Debtors shall make

14  additional payments in the amount of $499.28 each, commencing May 15, 2009 and continuing

15  for twelve (12) consecutive months on the fifteenth (15th) day of each consecutive month until

16  the post-petition arrearages in the amount of $5,991.37 consisting of post-petition arrearages for

17  the months of January, 2009 through April, 2009 in the amount of $1,596.38 each, minus

18  suspense balance of -$394.15 owing on Movant's first Trust Deed as set forth above are cured.

19  This payment is considered delinquent after the fifteenth (15th) day of each month.

20      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in the event Debtors

21  fail to timely and properly comply with the payments hereinabove set forth, Movant shall serve

22  written notice of default to Debtors, and any attorney for Debtors. If Debtors fail to cure the

23  default, including any attorney's fees incurred as a result of the breach, within ten (10) calendar

24  days after mailing of such written notice, on the eleventh (11th) day, Movant may submit a

2

1 Declaration of Non-Cure and Judgment and Order Terminating Automatic Stay to the Court.
2 Upon entry of such a Judgment and Order Terminating Automatic Stay, the Automatic Stay shall
3 be immediately terminated and extinguished as to Movant, its assignees and/or successors in
4 interest, and Movant, its assignees and/or successors in interest, may proceed with a foreclosure
5 of and hold a Trustee's Sale of the subject Property pursuant to applicable state law, and
6 thereafter commence any action necessary to obtain complete possession of the subject Property
7 without further Court Order or proceeding being necessary.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

EXHIBIT LEGAL DESCRIPTION for the Proposed Order Docket Entry 39

** END OF ORDER **

(09-00396/ndapo.dot/rlw)

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | DEBTORS: |
|   | Eutropio Canezares Coretana |
| 3 | Mary Elaine Contreras Coretana |
|   | 2427 Oliver Drive |
| 4 | Hayward, CA 94545 |
| 5 | ATTORNEY FOR DEBTORS: |
|   | Ben E. Dupre |
| 6 | Dupre Law Firm |
|   | 1400 Coleman Ave. #D12 |
| 7 | Santa Clara, CA 95050 |
| 8 | CHAPTER 13 TRUSTEE: |
|   | Martha G. Bronitsky |
| 9 | P.O. Box 5004 |
|   | Hayward, CA 94540-5004 |
| 10 | |
|    | U.S. TRUSTEE: |
| 11 | Served Electronically only. |