Ben E. Dupré (SBN 231191)
DUPRE LAW FIRM, P.C.
2005 De La Cruz Blvd., Suite 203
Santa Clara, CA 95050
(408) 727-5377

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

In re:

    Eutropio Canezares Coretana
    Mary Elaine Contreras Coretana

Debtor(s)
_____/

Chapter 13
Case No. 08-43574-LJT

NOTICE OF MOTION TO VALUE AND RENDER UNENFORCEABLE THE LIEN SECURED BY DEBTOR(S)' REAL PROPERTY AND OF THE OPPORTUNITY FOR HEARING

RE CREDITOR:

**TO ALL PARTIES IN INTEREST:**

NOTICE IS HEREBY GIVEN that Debtor(s) have moved this Court for an order valuing the lien of Creditor, its successor, transferee, servicer, agent, or assign, and ordering that said lien be unenforceable, a copy of which is attached hereto.

Bankruptcy Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed:

    **(i)** That any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 21 days of mailing of the notice;

    **(ii)** That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    **(iii)** That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    **(iv)** Either:

        **(a)** That the initiating party will give at least 7 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an

1

objection or request for hearing is timely made; or

**(b)** The tentative hearing date. A tentative hearing shall be set at least 14 days after the last date for parties to file objections or requests for hearings. The tentative hearing will not go forward unless an objection or request for hearing is timely filed and served, in which case the party initiating the proceedings under B.L.R. 9014-1(b)(3) shall file and serve not less than 7 days before the hearing, notice that the tentative hearing will be conducted as an actual hearing. Such Notice of Hearing is to be in writing, and is to be given to the objecting or requesting party, any trustee … and the Court. The Court will not schedule the matter on the judge's calendar unless the Notice of Hearing has been filed and served timely. The initiating party shall also give 7 days telephonic notice to the Judge's Calendar Clerk/Courtroom Deputy that the tentative hearing will be an actual hearing.

The addresses to file and serve a request for hearing are:

| Court: | Debtor(s) Attorney: | Chapter 13 Trustee: |
|---|---|---|
| U.S. Bankruptcy Court | Ben E. Dupre | Martha G. Bronitsky, Trustee |
| 1300 Clay Street | 2005 De La Cruz Blvd., Suite 203 | PO Box 5004 |
| Oakland, CA 4612-1426 | Santa Clara, CA 95050 | Hayward, CA 94540 |

Pursuant to B.L.R. (Bankruptcy Local Rule) 9014-1 above, IF YOU REQUEST A HEARING within the twenty-one days, this is notice that a **tentative** hearing is set for August 6, 2010 [at least 35 days from service] at 9:00 a.m. at the United States Bankruptcy Court, 1300 Clay Street, Oakland, CA 94612-1426, in Courtroom 201. Refer to B.L.R. 9014-1 for additional rules applicable to this motion.

Dated: 05/19/10 /s/ Ben E. Dupre
Ben E. Dupré
Attorney for Debtor(s)