In re:                                                    Chapter 13
                                                           Case No.  08-43574-LJT

        Eutropio Canezares Coretana
        Mary Elaine Contreras Coretana

## CERTIFICATE OF SERVICE

Documents served:
**1)** MOTION TO VALUE AND RENDER UNENFORCEABLE THE LIEN SECURED BY DEBTOR(S)' REAL PROPERTY;
**2)** NOTICE OF MOTION TO VALUE AND RENDER UNENFORCEABLE THE LIEN SECURED BY DEBTOR(S)' REAL PROPERTY AND OF THE OPPORTUNITY FOR HEARING;
**3)** POINTS AND AUTHORITIES RE MOTION TO VALUE AND RENDER UNENFORCEABLE THE LIEN SECURED BY DEBTOR(S)' REAL PROPERTY; and
**4)** DEBTOR(S)' DECLARATION SUPPORTING DEBTOR(S)' MOTION TO VALUE AND RENDER UNENFORCEABLE THE LIEN SECURED BY DEBTOR(S)' REAL PROPERTY

      I certify that I am at least eighteen (18) years of age, I am employed by Ben E. Dupre of the Dupre Law Firm, P.C., 2005 De La Cruz Blvd., Suite 203, Santa Clara, CA 95050, and that on the date signed below, I deposited the above-listed documents in the U.S. Mail.

____ [Creditor is not subject to FDIC regulation and there is no requirement for certified service of said creditor.]

XXX with fully paid **certified** first-class postage, addressed to:

| | |
|---|---|
| CEO Brian Moynihan | CAO J. Steele Alphin |
| Bank of America | Bank of America |
| 101 S Tryon St | 101 S Tryon St |
| Charlotte, North Carolina 28280 | Charlotte, North Carolina 28280 |
| (7004(h) Officer for Service) | (7004(h) Officer for Service) |

XXX with fully paid first-class postage, addressed to creditors listed on **Exhibit "B", attached hereto**.

The Chapter 13 Trustee, Martha G. Bronitsky, will receive electronic notice of the above documents.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: June 25, 2010                              /s/ Natalie Frye

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

In re:  Chapter 13
  Case No. 08-43574-LJT

Eutropio Canezares Coretana
Mary Elaine Contreras Coretana

# EXHIBIT "B"

| | |
|---|---|
| 1 | Real Time Resolutions, Inc. |
| 2 | 1750 Regal Row Suite 120<br>PO Box 36655 |
| 3 | Dallas Texas 75235<br>(7004(b)3 Registered Agent) |
| 4 | |
| 5 | Countrywide Home Loans<br>450 American St |
| 6 | Simi Valley, CA 93065<br>(7004(b)3 Registered Agent) |
| 7 | Mortgage Electronic Registration Systems, Inc. |
| 8 | PO Box 2026<br>Flint MI 48501-2026 |
| 9 | (7004(b)3 Registered Agent) |
| 10 | Mortgage Electronic Registration Systems, Inc<br>c/o John Brosnan |
| 11 | 3321 Vincent Rd<br>Pleasant Hill CA 94523 |
| 12 | (7004(b)3 Registered Agent) |
| 13 | C T Corporation System<br>818 West 7th Street |
| 14 | Los Angeles, CA 90017<br>(7004(b)3 Registered Agent for Service for Bank of America) |