Ben E. Dupré (SBN 231191)
DUPRE LAW FIRM, P.C.
2005 De La Cruz Blvd., Suite 203
Santa Clara, CA 95050
(408) 727-5377

Attorney for Debtor(s)

**Signed: July 30, 2010**

_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

    Eutropio Canezares Coretana
    Mary Elaine Contreras Coretana

Debtor(s)
_____/

Chapter 13
Case No. 08-43574-LJT

ORDER VALUING LIEN OF BANK OF AMERICA

On 06/25/2010, Debtor filed a motion to value the lien of BANK OF AMERICA. (hereinafter Lienholder) against the property commonly known as 2427 Oliver Drive, Hayward, CA 94545 and which lien was recorded in Santa Clara County on or about 05/16/2006 as document 2006194028 (hereinafter the Lien). The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion,

///

///

///

///

**THE COURT HEREBY ORDERS AS FOLLOWS:**

(1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, BANK OF AMERICA does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322(b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

* * * **END OF ORDER** * * *

## COURT SERVICE LIST

Ben E. Dupré
DUPRE LAW FIRM, P.C.
2005 De La Cruz Blvd., Suite 203
Santa Clara, CA 95050

Mary Elaine Contreras Coretana
2427 Oliver Drive
Hayward, CA 94545

CEO Brian Moynihan
Bank of America
101 S Tryon St
Charlotte, North Carolina 28280

Countrywide Home Loans
450 American St
Simi Valley, CA 93065

Mortgage Electronic Registration Systems, Inc.
PO Box 2026
Flint MI 48501-2026

Mortgage Electronic Registration Systems, Inc
c/o John Brosnan
3321 Vincent Rd
Pleasant Hill CA 94523

Real Time Resolutions, Inc.
1750 Regal Row Suite 120
PO Box 36655
Dallas Texas 75235

CT Corporation System
818 West 7th Street
Los Angeles, CA 90017