Ben E. Dupré (SBN 231191)
Dupré Law Firm, P.C.
2005 De La Cruz Blvd., Suite 203
Santa Clara, California 95050
Telephone: (408) 727-5377
Fax: (408) 727-5310

Attorney for Debtor(s)
EUTROPIO & MARY ELAINE CORETANA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

In Re:                                      ) Case No.: 08-43574 RLE
                                            ) Chapter: 13
**EUTROPIO & MARY ELAIN**                   )
                                            )
**CORETANA**                                )
                                            )
            Debtor(s).                      )
                                            )

## DECLARATION OF DEBTOR'S SPOUSE IN SUPPORT OF
## MOTION FOR HARDSHIP DISCHARGE

I, Mary Elaine Coretana, declare as follows:

1. On July 10, 2008 my husband Eutropio Coretana and I filed for bankruptcy relief under Chapter 13 of the United States Bankruptcy Code in the Northern District of California Oakland Division, Case Number 08-43574.

2. Since the filing of our case Eutropio has suffered severe health complications. On September 3rd, 2010 he was hospitalized for Respiratory Complications and on September 13th he died of Respiratory Failure. Attached and marked as Exhibit "A" is a true and correct copy of my husband's death certificate.

3. While alive, he received Social Security Benefits of approximately $641.00 per month.

4. As of July 2011 I am no longer employed.

-1-

5. My only sources of income now are my mother's financial contributions of approximately $1000.00 per month and my disabled daughter's Social Security Benefits of approximately $923.00 per month.

6. I am currently seeking full time employment in order to provide for my household.

The statements made above are based upon my personal knowledge, except as to those matters based upon information and belief, and as to those matters I believe them to be true, and if called as a witness, I could competently testify thereto.

Executed on September 2, 2011 at Santa Clara, CA.

<u>/s/ Mary Elaine Coretana</u>
Mary Elaine Coretana

# EXHIBIT "A"

# ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
## PUBLIC HEALTH DEPARTMENT

**CERTIFICATION OF VITAL RECORD**

**CERTIFICATE OF DEATH** — State of California

State File Number: 3200901005665

### Decedent's Personal Data

- **Name of Decedent (First):** EUTROPIO
- **Middle:** CANEZARES
- **Last:** CORETANA
- **Also Known As:** EUTROPIO CANEZARES CORETANA JR.
- **Date of Birth:** 08/03/1958
- **Age:** 51
- **Sex:** M
- **Birth State/Foreign Country:** PHILIPPINES
- **Social Security Number:** 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
- **Ever in U.S. Armed Forces:** No
- **Marital Status:** MARRIED
- **Date of Death:** 09/13/2009
- **Hour:** 0850
- **Education:** ASSOCIATE
- **Decedent's Race:** FILIPINO
- **Usual Occupation:** CUSTODIAN
- **Kind of Business/Industry:** SAN FRANCISCO AIRPORT
- **Years in Occupation:** 8

### Usual Residence

- **Address:** 2427 OLIVER DRIVE
- **City:** HAYWARD
- **County:** ALAMEDA
- **Zip Code:** 94545
- **Years in County:** 6
- **State:** CA

### Informant

- **Name/Relationship:** MARY ELAINE CORETANA, SPOUSE
- **Mailing Address:** 2427 OLIVER DRIVE, HAYWARD, CA 94545

### Spouse and Parent Information

- **Surviving Spouse First:** MARY ELAINE
- **Last (Maiden):** CONTRERAS
- **Father First:** EUTROPIO
- **Middle:** ZETA
- **Last:** CORETANA SR.
- **Birth State:** PI
- **Mother First:** ANGELES
- **Middle:** AMISTOSO
- **Last:** CORETANA
- **Birth State:** PI

### Funeral Director / Local Registrar

- **Disposition Date:** 09/19/2009
- **Place of Final Disposition:** CHAPEL OF THE CHIMES, 32992 MISSION BLVD, HAYWARD, CA 94544
- **Type of Disposition:** BURIAL
- **Signature of Embalmer:** JULIE SKOLNICK
- **License Number:** EMB8168
- **Name of Funeral Establishment:** CHAPEL OF THE CHIMES
- **License Number:** FD1240
- **Signature of Local Registrar:** ANTHONY ITON, M.D.
- **Date:** 09/14/2009

### Place of Death

- **Place of Death:** KAISER FOUNDATION HOSPITAL
- **County:** ALAMEDA
- **Facility Address:** 27400 HESPERIAN BLVD
- **City:** HAYWARD

### Cause of Death

- **Immediate Cause:** RESPIRATORY FAILURE
- **Due to:** ADULT RESPIRATORY DISTRESS SYNDROME
- **Due to:** PNEUMONIA
- **Underlying Cause:** H1N1 INFLUENZA
- **Other Significant Conditions:** GLIOBLASTOMA
- **Operation Performed:** NO

### Physician's Certification

- **Certifier:** THOMAS WILLIAM GOURLEY M.D.
- **License Number:** C38778
- **Date:** 09/14/2009
- **Attending Physician:** THOMAS WILLIAM GOURLEY M.D., 27400 HESPERIAN BLVD., HAYWARD, CA 94545
- **Dates Attended:** 09/02/2009 – 09/13/2009

Census Tract: *000730727*

**CERTIFIED COPY OF VITAL RECORDS**

STATE OF CALIFORNIA
COUNTY OF ALAMEDA } SS

This is a true and exact reproduction of the document officially registered and filed with the Alameda County Health Care Services Agency.

**DATE ISSUED:** 09/17/2009

HEALTH OFFICER AND LOCAL REGISTRAR
ALAMEDA COUNTY, CALIFORNIA

This copy not valid unless prepared on engraved border displaying date and signature of Registrar.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE